UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:25-CV-60212-RS

CHET MICHAEL WILSON,

      Plaintiff,

v.

PHARMACENTER LLC,

      Defendant.

_____/

**JOINT NOTICE OF SETTLEMENT**

Plaintiff Chet Michael Wilson ("Plaintiff") and Pharmacenter LLC ("Defendant") hereby notify the Court that the parties have reached a settlement in principle to resolve this matter. The parties anticipate filing a stipulation of dismissal of the action with prejudice as to the Plaintiff's individual claim within 30 days. Accordingly, the parties respectfully request that all current deadlines and hearings be suspended pending the filing of the dismissal stipulation.

Dated: January 22, 2026

                                   Respectfully submitted,

*/s/ Avi R. Kaufman*
_____

Avi R. Kaufman, Esq. (FL Bar No. 84382)
Rachel E. Kaufman, Esq. (FL Bar No. 87406)
**KAUFMAN P.A.**
237 South Dixie Highway, Floor 4
Coral Gables, Florida 33133
rachel@kaufmanpa.com
kaufman@kaufmanpa.com
(305) 469-5881

*Counsel for Plaintiff and all others similarly situated*

 */s/ Andrew Zelmanowitz*
_____
Andrew B. Zelmanowitz, Esq.
Florida Bar No. 74202
**BERGER SINGERMAN LLP**
201 East Las Olas Boulevard, Suite 1500
Fort Lauderdale, Florida 33301
Telephone: (954) 525-9900
Facsimile: (954) 523-2872
E-mail: azelman@bergersingerman.com
*Counsel for Defendant*